In the Matter of the Arbitration between KEW QUEENS CORP., Respondent, and MACARTHUR CONCRETE PILE CORPORATION, Appellant.

Argued April 3, 1951; decided April 13, 1951.

*Joseph Dannenberg* and *Leonard M. Lake* for appellant.

*Henry Epstein, Sydney C. Winton* and *Sidney Rhodes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.